**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. SEIDEL,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, and COMMISSIONER OF INTERNAL REVENUE,<br><br>    Defendants.<br>_____/ | No. C 09-4875 MMC<br><br>**ORDER VACATING ORDER OF DISMISSAL; SETTING DATE FOR CASE MANAGEMENT CONFERENCE** |
| VICKI SEIDEL,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, and COMMISSIONER OF INTERNAL REVENUE,<br><br>    Defendants.<br>_____/ | No. C 10-5073 MMC |
| FOUR RIVERS INVESTMENTS, INC.<br><br>  v.<br><br>UNITED STATES OF AMERICA, and COMMISSIONER OF INTERNAL REVENUE,<br><br>    Defendants.<br>_____/ | No. C 10-5074 MMC |

In light of defendant United States of America's notice and declaration filed May 16,

2012, the Court's order of May 1, 2012, dismissing the action is hereby VACATED and the above-titled case is hereby RESTORED to the calendar.

The parties shall appear for a Case Management Conference on June 8, 2012 at 10:30 a.m. A Joint Case Management Statement shall be filed no later than June 1, 2012.

**IT IS SO ORDERED.**

Dated: May 18, 2012

MAXINE M. CHESNEY
United States District Judge